UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* JUSTIN FAHN, <br><br> Plaintiffs, <br> v. <br> GARDAWORLD FEDERAL SERVICES, LLC, and AEGIS DEFENSE SERVICES, LLC, <br><br> Defendants. | **FILED UNDER SEAL** <br> Case No. 5:20-cv-128-MTT |

# UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America respectfully notifies the Court of its decision to decline intervention in this action. Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that "the action may be dismissed only if the court and Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or any of the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon counsel of record for the United States. The United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the

relator's action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached Proposed Order be unsealed. The United States requests that all other papers on file in this action remain <u>under</u> <u>seal</u> because, in discussing the context and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A Proposed Order is attached hereto for the Court's consideration.

Respectfully submitted this 1st day of September, 2021.

        PETER D. LEARY
        ACTING UNITED STATES ATTORNEY

BY:   *s/ Todd P. Swanson*
       Todd P. Swanson
       Assistant United States Attorney
       Georgia Bar No. 496989
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Email: todd.swanson@usdoj.gov

       *ATTORNEYS FOR THE*
       *UNITED STATES OF AMERICA*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to relators' counsel.

Respectfully submitted this 1st day of September, 2021.

                PETER D. LEARY
                ACTING UNITED STATES ATTORNEY

BY:    *s/ Todd P. Swanson*
        Todd P. Swanson
        Assistant United States Attorney