# Relator's Response to Statement of Undisputed Material Facts Submitted under seal pending Court and State Department Review.