IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JUSTIN FAHN,<br><br>Plaintiffs,<br><br>vs.<br><br>GARDAWORLD FEDERAL SERVICES, LLC, and AEGIS DEFENSE SERVICES, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO. 5:20-CV-00128-MTT |

**EXHIBITS**

**RELATOR'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Relator hereby respectfully submits the attached list of partially redacted exhibits attached to his Response in Opposition to Defendants' Motion for Summary Judgment:

| **Exhibit No.** | **Name** | **Defs' Exh. No.** |
|---|---|---|
| 1 | Worldwide Protective Services Contract | 9 |
| 2 | Contracting Officer, Department of State, Dep. Tr. | 32 |
| 3 | Branch Chief, Department of State Dep. Tr. | 166 |
| 4 | GardaWorld 30(b)(6) Dep. Tr. (See Deposition Exhibits at 96-17) | |
| 5 | Delegation of Authority Memorandum | |
| 6 | GardaWorld Federal Services, Code of Business Ethics and Standards of Conduct | |
| 7 | Email from D. Taylor, dated Dec. 31, 2019 | |
| 8 | Annual Refresher Training Curriculum, dated Oct. 29, 2018 | 57 |
| 9 | Annual Refresher Training Curriculum, dated Nov. 21, 2019 | 58 |
| 10 | Annual Refresher Training Curriculum, dated Aug. 18, 2020 | 60 |
| 11 | Annual Refresher Training Curriculum, dated Sept. 1, 2020 | 59 |
| 12 | Email from Eric Lasich, dated Feb. 14, 2018 | |
| 13 | Decl. of Matthew Twigg | 2 |

1

| Exhibit No. | Name | Defs' Exh. No. |
|---|---|---|
| 14 | Defendants' Initial Disclosures | |
| 15 | Alexandro Lopezzamora Dep. Tr. | 6 |
| 16 | Decl. of Victor Figueroa | |
| 17 | Decl. of Christopher Prohaska | |
| 18 | Decl. of Dakota Juanchi | |
| 19 | Decl. of Marvin Collins | |
| 20 | Decl. of Justin Coufal | |
| 21 | Decl. of Charles Denison | |
| 22 | Decl. of Jeffrey Dubasik | |
| 23 | Decl. of Jeremy Esters | |
| 24 | Decl. of Thomas Giles | |
| 25 | Decl. of Marcus Harness | |
| 26 | Decl. of Alexander Homan | |
| 27 | Decl. of Jordan Howell | |
| 28 | Decl. of Brandon Jakubowski | |
| 29 | Decl. of Scott Kay | |
| 30 | Decl. of Alexandro Lopezzamora | |
| 31 | Decl. of Anthony Niutei | |
| 32 | Decl. of Victor Oates | |
| 33 | Decl. of Nicholas Romano | |
| 34 | Decl. of Patrick Vinzant | |
| 35 | Victor Figueroa Dep. Tr. | 15 |
| 36 | Dakota Juanchi Dep. Tr. | 5 |
| 37 | Christopher Prohaska Dep. Tr. | 23 |
| 38 | Marvin Collins Dep. Tr. | 11 |
| 39 | Justin Coufal Dep. Tr. | 12 |
| 40 | Charles Denison Dep. Tr. | 13 |
| 41 | Jeffrey Dubasik Dep. Tr. | 3 |
| 42 | Jeremy Esters Dep. Tr. | 14 |
| 43 | Thomas Giles Dep. Tr. | 17 |
| 44 | Marcus Harness Dep. Tr. | 18 |
| 45 | Alexander Homan Dep. Tr. | 19 |
| 46 | Jordan Howell Dep. Tr. | 7 |
| 47 | Brandon Jakubowski Dep. Tr. | 20 |
| 48 | Scott Kay Dep. Tr. | 21 |
| 49 | Anthony Niutei Dep. Tr. | 4 |
| 50 | Victor Oates Dep. Tr. | 22 |
| 51 | Nicholas Romano Dep. Tr. | 24 |
| 52 | Patrick Vinzant Dep. Tr. | 25 |

| **Exhibit No.** | **Name** | **Defs' Exh. No.** |
|---|---|---|
| 53 | Justin Fahn Dep. Tr. | 8 |
| 54 | GardaWorld "Standard Operating Procedures" for Integration and Training, Sept. 11 2013 | |
| 55 | GardaWorld "Standard Operating Procedures" for Integration and Training, Jul. 17, 2021 | |
| 56 | Email from DoS Employee, dated Apr. 23, 2019 | |
| 57 | Email from B. Bailey, dated May 31, 2020 | |
| 58 | Lewis Dooley Dep. Tr. | 29 |
| 59 | Email from D. Harrison, dated May 8, 2019 | |
| 60 | Email from K. Carter, dated May 26, 2020 | |
| 61 | Ltr. from DoS Employee, dated Jul. 12, 2019 | |
| 62 | Ltr from P. Hoyt, dated Jan. 30, 2020 | |
| 63 | Jason Wells Dep. Tr. | ECF 121 Exh B to Defs Motion to Strike |
| 64-1 | Summary - Invoices | |
| 64-2 | Summary - Payments | |
| 65 | **Examples of Photocopied Sign-in Sheets** | |
| 65-1 | 2019.10.13 Sign-In Sheets | |
| 65-2 | 2019.10.14 Sign-In Sheets | |
| 65-3 | 2019.10.15 Sign-In Sheets | |
| 65-4 | 2019.10.17 Sign-In Sheets | |
| 65-5 | 2019.10.21 Sign-In Sheets | |
| 65-6 | 2019.10.22 Sign-In Sheets | |
| 65-7 | 2019.10.24 Sign-In Sheets | |
| 65-8 | 2019.10.29 Sign-In Sheets | |
| 65-9 | 2019.11.02 Sign-In Sheets | |
| 65-10 | 2019.11.05 Sign-In Sheets | |
| 65-11 | 2019.11.20 Sign-In Sheets | |
| 65-12 | 2019.12.14 Sign-In Sheets | |
| 65-13 | 2020.02.02 Sign-In Sheets | |
| 65-14 | 2020.02.04 Sign-In Sheets | |
| 65-15 | 2020.02.04 Sign-In Sheets | |
| 65-16 | 2020.02.10 Sign-In Sheets | |
| 65-17 | 2020.02.02 Sign-In Sheets | |
| 65-18 | 2020.02.29 Sign-In Sheets | |
| 66 | **Examples of Forged and Falsified Sign-in Sheets** | |
| 66-1 | 2019.07.03 Sign-In Sheet (Collins) | |
| 66-2 | 2019.10.05 Sign-In Sheet (Oates.Collins) | |

| Exhibit No. | Name | Defs' Exh. No. |
|---|---|---|
| 66-3 | 2018.12.08 WPS II Certificate of Completion, Christopher Prohaska | |
| 66-4 | 2020.02.16 Sign-In Sheet (Juanchi) | |
| 66-5 | 2020.02.17 Sign-In Sheet 1 (Figueroa) | |
| 66-6 | 2020.02.17 Sign-In Sheet 2 (Figueroa) | |
| 66-7 | 2020.02.17 Sign-In Sheet 3 (Figueroa) | |
| 66-8 | 2020.03.03 Sign-In Sheet 1 (Howell) | |
| 66-9 | 2020.03.03 Sign-In Sheet 2 (Howell) | |
| 66-10 | 2018.12.04 WPS II Certificate of Completion, Christopher Prohaska | |
| 66-11 | 2020.11.02 Sign-In Sheet 1 | |
| 66-12 | 2020.11.02 Sign-In Sheet 2 | |
| 66-13 | 2020.11.02 Sign-In Sheet 3 | |
| 66-14 | 2020.11.02 Sign-In Sheet 4 | |
| 66-15 | 2020.11.4 Sign-In Sheet (Kay) | |
| 66-16 | 2020.11.09 Sign-In Sheet 1 | |
| 66-17 | 2020.11.09 Sign-In Sheet 2 | |
| 66-18 | 2020.11.09 Sign-In Sheet 3 | |
| 66-19 | 2020.11.11 Sign-In Sheet 1 (Kay) | |
| 66-20 | 2020.11.11 Sign-In Sheet 2 (Kay) | |
| 66-21 | 2020.11.11 Sign-In Sheet 3 (Kay) | |
| 66-22 | 2020.11.11 Sign-In Sheet 4 (Kay) | |
| 66-23 | 2020.11.11 Sign-In Sheet 5 (Kay) | |
| 66-24 | 2020.11.11 Sign-In Sheet 6 (Kay) | |
| 66-25 | 2020.11.12 Sign-In Sheet 1 (Kay) | |
| 66-26 | 2020.11.12 Sign-In Sheet 2 (Kay) | |
| 66-27 | 2020.11.12 Sign-In Sheet 3 (Kay) | |
| 66-28 | 2020.11.12 Sign-In Sheet 4 (Kay) | |
| 66-29 | 2020.11.17 Sign-In Sheet 1 | |
| 66-30 | 2020.11.17 Sign-In Sheet 2 | |
| 66-31 | 2020.11.18 Sign-In Sheet 1 | |
| 66-32 | 2020.12.10 Sign-In Sheet | |
| 66-33 | 2021.01.11 Sign-In Sheet 1 (Figueroa) | |
| 66-34 | 2021.01.11 Sign-In Sheet 2 (Figueroa) | |
| 66-35 | 2021.01.11 Sign-In Sheet 3 (Figueroa) | |
| 66-36 | 2021.01.11 Sign-In Sheet 4 (Figueroa) | |
| 66-37 | 2021.01.12 Sign-In Sheet 1 (Figueroa) | |
| 66-38 | 2021.01.12 Sign-In Sheet 2 (Figueroa) | |
| 66-39 | 2021.01.12 Sign-In Sheet 3 (Figueroa) | |

| Exhibit No. | Name | Defs' Exh. No. |
|---|---|---|
| 66-40 | 2021.01.12 Sign-In Sheet 4 (Figueroa) | |
| 66-41 | 2021.01.13 Sign-In Sheet 1 (Figueroa) | |
| 66-42 | 2021.01.13 Sign-In Sheet 2 (Figueroa) | |
| 66-43 | 2021.01.13 Sign-In Sheet 3 (Figueroa) | |
| 66-44 | 2021.01.15 Sign-In Sheet 1 (Figueroa) | |
| 66-45 | 2021.01.15 Sign-In Sheet 2 (Figueroa) | |
| 66-46 | 2021.01.15 Sign-In Sheet 3 (Figueroa) | |
| 66-47 | 2021.02.13 Sign-In Sheet (Juanchi) | |
| 66-48 | 2021.02.15 Sign-In Sheet Juanchi) | |
| 66-49 | 2021.02.16 Sign-In Sheet Juanchi) | |
| 66-50 | 2021.02.19 Sign-In Sheet (Coufal) | |
| 66-51 | 2021.02.24 Sign-In Sheet RET (Coufal) | |
| 66-52 | 2021.04.29 Sign-In Sheet (Juanchi) | |
| 66-53 | 2018.11.11 Sign-in Sheet (Oates) | |
| 66-54 | 2019.03.28 Sign-In Sheet (Oates) | |
| 66-55 | 2021.02.09-10 Sign-In Sheet (Juanchi Dep. Exh. 10) | |
| 67 | **Examples of Training Exceeding Available Hours** | |
| 67-1 | 2019.09.18 Sign-In Sheets (Coufal) | |
| 67-2 | 2020.02.05 Sign-in Sheets (Coufal) | |
| 67-3 | 2020.02.19 Sign-In Sheets (Coufal) | |
| 67-4 | 2020.11.17 Sign-In Sheet (Niutei) | |
| 67-5 | 2020.11.18 Sign-In Sheet (Niutei) | |
| 67-6 | 2021.02.24 Sign-In Sheet (Coufal) | |
| 67-7 | 2021.03.28 Sign-In Sheet (9 hours of training in 1 day) | |
| 67-8 | 2021.05.06 Sign-In Sheet (8 hours of training in 1 day) | |
| 67-9 | 2021.05.28 Sign-in Sheets | |
| 67-10 | 2021.06.05 Sign-In Sheet (10 hours of training in 1 day) | |
| 68 | Email from B. Bailey, dated Nov. 9, 2020 | |
| 69 | **One-Person Sign-in Sheets** | |
| 69-1 | 2021.02.27 Sign-In Sheet (Juanchi) | |
| 69-2 | 2020.02.19 Sign-In Sheets (Coufal) | |
| 70 | **Non-Ratio Sign-in Sheets** | |
| 70-1 | 2019.11.16 Sign-In Sheet | |
| 70-2 | 2019.12.10 Sign-In Sheet | |
| 70-3 | 2020.02.09 Sign-In Sheet | |
| 70-4 | 2020.09.21 Sign-In Sheet | |
| 70-5 | 2020.09.25 Sign-In Sheet | |
| 70-6 | 2021.02.10 Sign-In Sheet | |

| Exhibit No. | Name | Defs' Exh. No. |
|---|---|---|
| 70-7 | 2021.02.24 Sign-In Sheet | |
| 70-8 | 2020.01.25 Sign-In Sheet | |
| 70-9 | 2021.03.13 Sign-In Sheet | |
| 70-10 | 2021.06.05 Sign-In Sheet | |
| 70-11 | 2019.11.09 Sign-In Sheet | |
| 70-12 | 2019.11.16 Sign-In Sheet | |
| 70-13 | 2020.09.14 Sign-In Sheet | |
| 71 | Sign-in Sheets dated May 10, 2021 | |
| 72 | Email from B. Bailey, dated Jun. 2, 2020 | |
| 73 | Sign-in Sheet dated March 8, 2021 | |
| 74 | Email from R. Smith, dated Feb. 11, 2019 | |
| 75 | Email from S. Edwards, dated Jan. 4, 2018 | |
| 76 | Email from D. Watson, dated Apr. 30, 2019 | |
| 77 | Email from D. Harrison, dated Jul. 18, 2019 | |
| 78 | Email from P. Hoyt, Jul. 16, 2020 | |
| 79 | Email from D. Watson, dated Aug. 1, 2019 | |
| 80 | Email from Department of State, dated Apr. 26, 2019 | 182 |
| 81 | Ltr. from M. Twigg, dated Jun. 7, 2019 | 185 |
| 82 | Email from W. Swinton, dated Jul. 16, 2019 | |
| 83 | Department of State GTM Dep. Tr. | 45 |
| 84 | Email from M. Twigg, dated Jan. 4, 2018 | |
| 85 | Deficiency Notice-Failure to Comply with Contract Terms and Conditions, dated April 10, 2020 | |
| 86 | Ltr. from Department of State, dated Jan. 10, 2020 | |
| 87 | Email from Department of State, dated Mar. 6, 2020 | |
| 88 | Email from Department of State, dated Mar. 10, 2020 | |
| 89 | Ltr. from Department of State, dated Oct. 28, 2020 | 107 |
| 90 | Invoices (Compilation) | |
| 91-1 | Payments (Summary) | |
| 91-2 | GWFS00082348 (Defendants' Ledger of Payments) | |
| 92 | Defendants' Responses to Relators' Revised Fifth and Sixth Interrogatories | |
| 93 | Email from T. Shields, Mar. 24, 2020 | |
| 94 | Response to Deficiency Notice, Apr. 24, 2020 | |
| 95 | Email from N. Schneider, dated Mar. 9, 2020 | |
| 96 | Plaintiff's Deposition Exhibits | |
| 96-1 | Justin Coufal Exhibits<br>Coufal P-1 – P-4 | |
| 96-2 | Lewis Dooley Exhibits<br>Dooley P-1 – P-12 | |

| Exhibit No. | Name | Defs' Exh. No. |
|---|---|---|
| 96-3 | Jeremy Esters Exhibits<br>Esters P-1 – P-3 | |
| 96-4 | Victor Figueroa Exhibits<br>Figueroa P-1 – P-4 | |
| 96-5 | Thomas Giles Exhibits<br>Giles P-1 – P-4 | |
| 96-6 | Marcus Harness Exhibits<br>Harness P-1 – P-5 | |
| 96-7 | Alexander Homan<br>Homan P-1 – P-5 | |
| 96-8 | Brandon Jakubowski Exhibits<br>P-1 – P-4 | |
| 96-9 | Dakota Jaunchi Exhibits<br>P-1 – P-11 | |
| 96-10 | Scott Kay Exhibits<br>P-1 – P-11 | |
| 96-11 | Margaret Mancini Exhibits<br>P-1 – P-10 | |
| 96-12 | John McNichols Exhibits<br>P-1 – P-9 | |
| 96-13 | Anthony Niutei Exhibits<br>P-1 – P-8 | |
| 96-14 | Victor Oates Exhibits<br>P-1 – P-12 | |
| 96-15 | Rodolphe Rochez Exhibits<br>P-1 – P-27 | |
| 96-16 | Nicholas Romano Exhibits<br>P-1 – P-4 | |
| 96-17 | David Watson Exhibits<br>P-1 – P-24 | |
| 97 | Defendants' Deposition Exhibits<br>146, 147, 148, 159, 160, 355 | |

This 7th day of February, 2024.

                                        **CLARK, SMITH & SIZEMORE, LLC**
                                        **BY:**

                                        /s/ *John Christopher Clark*_____

| | |
|---|---|
| 150 College Street | John Christopher Clark |
| Macon, Georgia 31201 | Georgia Bar No. 127353 |
| Telephone: (478) 254-5040 | Richard L. Sizemore |
| Facsimile: (478) 254-5041 | Georgia Bar No. 649449 |


chris@clarksmithsizemore.com      ***Attorneys for Relator***
rick@clarksmithsizemore.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. JUSTIN FAHN,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**GARDAWORLD FEDERAL SERVICES, LLC, and AEGIS DEFENSE SERVICES, LLC,**<br><br>    **Defendants.** | **CIVIL ACTION FILE NO. 5:20-CV-00128-MTT** |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the within and foregoing RELATOR'S LIST OF EXHIBITS TO RELATOR'S RESPONSE TO DEFENDANTS GARDAWORD FEDERAL SERVICES, LLC, AND AEGIS DEFENSE SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT upon all counsel of record by statutory electronic mail, as follows:

Mr. Bradley W. Pratt
Mr. Frank T. Bayuk
Bayuk Pratt, LLC
4401 Northside Parkway, Suite 390
Atlanta, Georgia  30327
*Attorneys for Relator*

Mr. Charles W. Byrd
Mr. J. Thomas Clarkson
Griffin Durham Tanner &
Clarkson, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia  31210
*Attorneys for Relator*

Mr. Jason C. Pedigo
Ellis Painter
P. O. Box 9946
Savannah, Georgia  31412
*Attorney for Relator*

Ms. Tara Lee
Mr. Benedict S. Bernstein
Mr. Scott Lerner
Ms. Helin Akcam
Ms. Melissa Taylormoore
Mr. Charles D'Oria
White & Case LLP
701 13th Street, NW
Washington, DC  20005

| | |
|---|---|
| Mr. Bowen R. Shoemaker<br>Mr. Todd P. Swanson<br>Mr. W. Taylor McNeill<br>United States Attorney's Office<br>P. O. Box 1702<br>Macon, Georgia  31202<br>*Attorneys for United States*<br>*of America, ex rel.* | *Attorneys for Defendants GardaWorld*<br>*Federal Services LLC and AEGIS Defense*<br>*Services, LLC*<br><br>Ms. Susan L. Grace<br>White & Case, LLP<br>1221 Avenue of the Americas<br>New York, New York  10020<br>*Attorney for Defendants*<br>*GardaWorld Federal Services LLC and*<br>*AEGIC Defense Services, LLC* |

This 7th day of February, 2024.

|  |  |
|---|---|
|  | **CLARK, SMITH & SIZEMORE, LLC**<br>**BY:**<br><br>/s/ *John Christopher Clark*_____ |
| 150 College Street<br>Macon, Georgia 31201<br>Telephone: (478) 254-5040<br>Facsimile: (478) 254-5041<br>chris@clarksmithsizemore.com<br>rick@clarksmithsizemore.com | John Christopher Clark<br>Georgia Bar No. 127353<br>Richard L. Sizemore<br>Georgia Bar No. 649449<br>***Attorneys for Relator*** |