# Exhibit 1

# See Defense Exhibit 9 (ECF 122)