# Exhibit 2

# See Defense Exhibit 32 (ECF 122)