# Exhibit 3

# See Defense Exhibit 166 (ECF 122)