# EXHIBIT 4

# Deposition of David Watson – Gardaworld 30(b)(6)

# Deposition Transcript

*(Submitted Under Seal pending Court and State Department Review)*