# Exhibit 5



*United States Department of State*
*Office of Acquisitions Management*
*Diplomatic Security Contracts Division - WPS*
*Arlington, VA 22209*

## MEMORANDUM FOR RECORD

TO:            Special Agent/RSO

FROM:       Contracting Officer

DATE:        December 28, 2017

SUBJECT: Delegation of Authority under Base Contract Number, SAQMMA16D0042, Task Order Number, SAQMMA17F4167 (TO 6-KESF)

a. Pursuant to the authority granted to me as a contracting officer under the Federal Acquisition Regulation (FAR), you are hereby designated as the OCONUS alternate contracting officer's representative (OCONUS ACOR) with respect to technical matters within the scope of WPS II, Base Contract Number, SAQMMA16D0042, Task Order Number SAQMMA17F4167 (hereinafter referred as "the contract") between the U.S. Department of State and Aegis Defense Services LLC, 1760 Old Meadow Road, Suite 400, Mclean, VA, 22102. This designation is effective beginning October 26, 2017 and will remain in full force and effect during the life of the contract unless sooner revoked by the incumbent contracting officer, successor contracting officer, or by your reassignment.

b. Please note that this delegation does **not** include the right to:

   (1) Modify or alter the contract or any of its terms and conditions;

   (2) Waive the U.S. Government's rights with regard to the contractor's compliance with the specifications, price, delivery, or any other terms or conditions; or

   (3) Approve any actions which would result in additional charges to the U.S. Government. All such actions must be made in writing by the cognizant contracting officer.

   (4) All such actions must be made in writing by the cognizant Contracting Officer. Punishments resulting from willful and knowing violations of the aforementioned restrictions (known herein as unauthorized commitments) may be punishable by up to two (2) years in jail and/or a fine of $5,000 in accordance with 31 U.S.C. §§ 1350,1519.

c. This delegation authorizes you to perform the tasks listed below to the extent required by the terms of the contract:

   (1) Coordinate with the contractor on all technical matters which may arise in the administration of this contract;

   (2) Give technical clarification as to the meaning of the specifications, including inspection, testing, and acceptance procedures;

   (3) Monitor and inspect the contractor's progress and performance to assure compliance with the contract terms and conditions;

SUBJECT:    Delegation of Authority under Task Order Number, SAQMMA17F4167

(4) Receive deliverables (supplies, services, and/or reports) on behalf of the U.S. Government;

(5) Verify satisfactory delivery of contract items and prepare receiving reports and/or approve invoices for payment;

   NOTE: If you believe the delivered supplies or services should be rejected, the contracting officer should be notified immediately, and you should follow up in writing with a brief memorandum documenting the reasons for rejection;

(6) If progress payments are approved under this contract, verify efficient and satisfactory performance of work by the contractor and authorize progress payments; and

(7) If this contract contains a warranty or maintenance clause, notify the contracting officer and contractor of any deficiencies in workmanship or materials immediately, and monitor response and repair items as stipulated in the contract.

d. In exercise of this authority as alternate contracting officer's representative, you are responsible for:

(1) Performing the specific duties assigned herein:

   (a) With regard to monitoring and inspecting the contractor's progress and performance, you must promptly notify the contracting officer in writing of any noncompliance or deviation in performance or failure to make progress; and

   (b) With regard to preparing receiving reports and/or approving invoices for payment, you must execute these documents promptly and transmit them to the designated payments office within five (5) calendar days of receipt. Delays in processing receiving reports and/or invoices may cause late payment by the U.S. Government and the incurrence of interest charges;

(2) Maintaining constant cognizance with respect to technical compliance with contract terms on the part of the contractor;

(3) Knowing and understanding the terms and provisions of the contract.

(4) Knowing the scope and limitations of your authority;

(5) Using good judgment, skill and reasonable care in the exercise of your authority;

(6) Protecting privileged and sensitive procurement information;

(7) If appropriate, periodically visiting the contractor's workplace to check on the following aspects, and informing the contracting officer of your findings through submission of a trip report prepared in accordance with your office's internal procedures:

   (a) Actual performance versus scheduled performance; and

   (b) Action needed, if any, to restore contract schedule;

(8) If the contract requires U.S. Government property [i.e., U.S. Government-furnished property (GFP) or contractor-acquired property (CAP)], you are hereby designated as the property administrator for this contract. As such, you are the authorized representative of the contracting officer responsible for administering the contract requirements and obligations relating to U.S. Government property in the possession of

SAQMMA17F4167 – TO 6 (KESF)
OCONUS ACOR Appointment Letter

CONFIDENTIAL
GWFS00149178

SUBJECT:     Delegation of Authority under Task Order Number, SAQMMA17F4167

the contractor. COR/property administrator responsibilities with regard to U.S. Government property include, but are not limited to, the following:

(a) Preparing itemized list of GFP, showing serial numbers, if any, and approximate value of each;

(b) Providing the contracting officer with the GFP list and contractor receipts for GFP;

(c) Ensuring that delivery of the GFP to the contractor is made in accordance with the contract, in a timely manner, and in a condition suitable for its intended use on the contract;

(d) Inspecting each unit of GFP upon its return from the contractor and notifying the contracting officer of such return and/or deficiencies.

(e) Monitoring the contractor's management of and annual/quarterly reporting on GFP and CAP. CAP includes property acquired, fabricated, or otherwise provided by the contractor for performing a contract and to which the U.S. Government has title under the contract;

(f) Ensuring contractor is conducting all required inventories. [48 CFR 52.245-1(f)(1)(iv)];

(g) Reviewing property lists (reports) maintained by contractors to verify that they contain the basic information required by the Federal Acquisition Regulation. [48 CFR 52.245-1(f)(1)(iii)(A)];

(h) Reconciling property on the vouchers submitted by contractors to the contract documentation to verify that property acquired was authorized;

(i) Reconciling property on the vouchers submitted by contractors to the contractors' property lists to verify that property acquired was accurately recorded;

(j) Approving or disapproving of contractor property records for all transactions. [48 CFR 52.245-1(f)(1)(iii)(A) and (B)];

(k) Identifying and analyzing contractor's recommendation for overages, shortages, damages and discrepancies discovered upon receipt. [48 CFR 52.245-1(f)(1)(ii)(A)];

(l) Determining the risk, if any, assumed by the U.S. Government when there is a reported case of loss, damage, destruction, or theft of U.S. Government property. When the property administrator determines that a reported case of loss, damage, destruction or theft of U.S. Government property constitutes a risk assumed by the U.S. Government, the property administrator must notify the contractor in writing that they are granted relief of responsibility in accordance with 48 CFR 52.245-1(f)(1)(vii). Where the property administrator determines that the risk of loss is not assumed by the U.S. Government, the property administrator must forward a recommendation requesting that the contracting officer hold the contractor liable. [48 CFR 45.105(d)];

(m) Notifying the contractor in writing when the contractor's property management system does not comply with contractual requirements, and must request prompt correction of deficiencies in accordance with the schedule. If the contractor does

SAQMMA17F4167 – TO 6 (KESF)
OCONUS ACOR Appointment Letter

CONFIDENTIAL
GWFS00149179

SUBJECT:   Delegation of Authority under Task Order Number, SAQMMA17F4167

   not correct the deficiencies in accordance with the schedule, then coordinate and refer matters that affect continuing acceptability of contractor's property management system to the contracting officer for corrective action. [48 CFR 45.105(b) and (c)];

   (n) Coordinating and referring matters that affect continuing acceptability of contractor's property management system to the contracting officer for action; and

   (o) Providing recommendations to the contracting officer on disposal of U.S. Government property.

e. Performing all acceptance tests required by the contract in accordance with the time limitation stated therein. The results of the acceptance tests must be forwarded to the contracting officer.

f. As the ACOR, you have an important responsibility for establishing and maintaining adequate COR files. These files are your primary tools for carrying out your duties and responsibilities as the ACOR for this contract and must document actions you take as ACOR. Inadequate files will impede your or your successor ACOR ability to manage the contract and therefore may jeopardize the program for which it was awarded. These files will also help successor ACOR's understand your actions as ACOR and the reasons behind such actions, as well as to have adequate documentation for audit purposes. You are responsible for ensuring that the files contain, at a minimum, the following:

   (1) Copy of this ACOR designation memorandum;

   (2) Copy of the contract and all of its modifications;

   (3) Copy of all correspondence between the COR/ACOR and the contractor, including property reports;

   (4) Names of technical and administrative personnel assisting the COR/ACOR;

   (5) Copy of records of COR/ACOR inspections and receiving/acceptance documents, invoices, and other administrative paperwork and correspondence; and

   (6) Copy of other performance records as specified in the contract.

g. Upon completion of the contract, preparing a statement of satisfactory performance or a statement of any deviations, shortages or deficiencies. In addition to a written statement, the COR must submit a completed a past performance evaluation of contractor performance in the government-wide Contractor Performance Assessment Reporting System (CPARS) for any contract over the Department's reporting threshold.

h. If questions arise which are not clearly answered in the contract (including the specifications) or if disputes with the contractor occur, a written report to the contracting officer must be prepared setting forth the problem encountered.

i. **Four responsibilities retained by contracting officer**: The contracting officer will retain the following U.S. Government property administration responsibilities:

   (1) The contracting officer responsible for contract administration must conduct an analysis of the contractor's property management policies, procedures, practices, and systems to

SAQMMA17F4167 – TO 6 (KESF)
OCONUS ACOR Appointment Letter –

SUBJECT:   Delegation of Authority under Task Order Number. SAQMMA17F4167

       determine their adequacy. This analysis must be accomplished as frequently as conditions warrant, in accordance with agency procedures. [48 CFR 45.105(a)];

(2)   Notify the contractor in writing when the contractor's property management system does not comply with contractual requirements, and request prompt correction of deficiencies and provide a schedule for their completion. If the contractor does not correct the deficiencies in accordance with the schedule, the contracting officer must notify the Contractor in writing that failure to take required corrective action(s) may result in the revocation of the U.S. Government's assumption of risk of loss, damage, destruction, or theft; and/or the exercise of other rights or remedies. [48 CFR 45.105(b)];

(3)   If the contractor fails to take the required corrective action(s) in response to the notification provided by the contracting officer in accordance with paragraph b of this section, the contracting officer must notify the contractor in writing of any U.S. Government decision to apply the remedies described under 48 CFR 45.105(b)(1) and (b)(2); and

(4)   When the property administrator determines that a reported case of loss, damage, destruction or theft of U.S. Government property constitutes a risk assumed by the U.S. Government, the property administrator must notify the Contractor in writing that they are granted relief of responsibility in accordance with 48 CFR clause 52.245-1(f)(1)(vii). Where the property administrator determines that the risk of loss is not assumed by the U.S. Government, the property administrator must forward a recommendation requesting that the contracting officer hold the contractor liable. The contracting officer will subsequently make a determination. [48 CFR 45.105(d)].

j.   This delegation of authority is limited to the referenced contract and is not subject to re-delegation by you. The delegation may be terminated at any time by written notice from the contracting officer if you are transferred from your present position or are prevented from continuing as ACOR for the referenced contract.

Receipt Acknowledged: _____

Date: 29 DECEMBER 2017

cc:
Official Contract File

SAQMMA17F4167 – TO 6 (KESF)
OCONUS ACOR Appointment Letter –

CONFIDENTIAL  GWFS00149181