UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* JUSTIN FAHN, <br><br> Plaintiffs, <br> v. <br> GARDAWORLD FEDERAL SERVICES, LLC, and AEGIS DEFENSE SERVICES, LLC, <br><br> Defendants. | Case No. 5:20-cv-128-MTT |

**UPDATED STATUS REPORT OF THE UNITED STATES OF AMERICA CONCERNING REVIEW OF RESTRICTED DOCUMENTS**

On February 16, 2024, the United States provided the Court with a status report and expected timeline to complete its review of the exhibits attached to Defendants' motions for summary judgment and to strike and the response and reply briefs to those filings.

**Current Status of Review**

On Thursday, February 22, 2024, the United States advised the parties as to what information needed to be redacted from public view for all documents attached to the above-referenced filings, with the exception of two documents that were attached to their Reply to Relator's Response to the Motion for Summary Judgment. (Defendants' Exhibits 229 and 230, ECF Nos. 138-6 and 138-7). Those two documents are declarations for which Defendants sought *Touhy* authorization on February 20, 2024. As of today's date, the Department of State is still reviewing the declarations. Undersigned counsel is optimistic that a response from the agency will be conveyed to the parties this week, but at this time there is no firm timeline on these last two documents. Accordingly, the United States would request that these two documents remain restricted from public view. As for all other documents, guidance has been provided to the

1

parties, and the parties should be in position to perform any necessary redactions and to make all documents available for public view.

Respectfully submitted this 26th day of February, 2024.

                        PETER D. LEARY
                        UNITED STATES ATTORNEY

BY:    *s/ Todd P. Swanson*
         Todd P. Swanson
         Assistant United States Attorney
         Georgia Bar No. 496989
         W. Taylor McNeill
         Georgia Bar No. 239540
         United States Attorney's Office
         Middle District of Georgia
         Post Office Box 1702
         Macon, Georgia 31202-1702
         Telephone: (478) 752-3511
         Email: todd.swanson@usdoj.gov

         *ATTORNEYS FOR THE*
         *UNITED STATES OF AMERICA*