**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.**<br>**JUSTIN FAHN,** | |
|      **Plaintiffs,** | **CIVIL ACTION NO.** |
| **vs.** | **5:20-CV-000128-MTT** |
| **AEGIS DEFENSE SERVICES, LLC,** | |
|      **Defendant.** | |

**PLAINTIFF'S DESIGNATIONS OF**
**VICTOR OATES' JANUARY 4, 2024 DEPOSITION**

COMES NOW, PLAINTIFF JUSTIN FAHN and file the deposition designation of Victor

Oates of the following for use by the Court at the trial of the above-captioned case:

1.    p. 279, lines 24-25

2.    p. 280, lines 1-11

3.    p. 282, lines 21-25

4.    p. 283, lines 1-6

5.    p. 283, lines 9-10

6.    p. 283, lines 23-24

7.    p. 284, lines 1-21

8.    p. 285, lines 3-23

9.    p. 286, lines 3-25

11.    p. 287, lines 1-6

12.    p. 287, lines 10-25

13.    p. 288, lines 1-5

14.     p. 288, lines 8-25

15.     p. 289, lines 1-6

16.     p. 289, lines 11-17

17.     p. 289, line 25

18.     p. 290, lines 1-7

19.     p. 290, lines 13-14

20.     p. 290, lines 18-25

21.     p. 291, lines 1-3

22.     p. 291, lines 8-20

23.     p. 292, lines 10-21

24.     p. 293, lines 5-18

25.     p. 293, lines 24-25

26.     p. 294, lines 1-2

27.     p. 294, lines 7-23

28.     p. 295, lines 2-18

29.     p. 296, lines 20-25

30.     p. 297, lines 1-15

31.     p. 298, lines 18-25

32.     p. 299, lines 1-4

33.     p. 301, lines 4-8

34.     p. 301, lines 11-21

35.     p. 302, lines 9-16

36.     p. 302, lines 19-23

37.    p. 304, lines 18-25

38.    p. 305, lines 1-25

39.    p. 306, line 1

40.    p. 306, lines 6-14

41.    p. 306, line 25

42.    p. 307, lines 1-12

43.    p. 307, lines 15-25

44.    p. 308, lines 1-18

45.    p. 309, lines 18-25

46.    p. 310, lines 1-25

47.    p. 311, lines 1-16

48.    p. 311, lines 20-22

49.    p. 311, line 24

50.    p. 312, lines 2-3

51.    p. 312, line 5

52.    p. 312, lines 7-10

53.    p. 312, lines 13-25

54.    p. 313, lines 1-10

55.    p. 313, lines 21-24

56.    p. 314, lines 2-13

57.    p. 314, lines 17-20

58.    p. 315, lines 6-25

59.    p. 316, line 1

60.     p. 316, lines 4-25

61.     p. 317, lines 1-25

62.     p. 318, lines 1-12

63.     p. 318, lines 15-25

64.     p. 319, lines 1-16

65.     p. 320, lines 3-5

66.     p. 320, line 7

67.     p. 320, lines 9-11

68.     p. 320, line 15

69.     p. 320, lines 22-25

70.     p. 321, lines 2-4

71.     p. 321, lines 15-21

72.     p. 322, lines 9-17

73.     p. 323, lines 10-24

74.     p. 324, lines 1-6

75.     p. 324, lines 15-25

76.     p. 325, lines 1-25

77.     p. 326, lines 1-8

78.     p. 326, lines 17-25

79.     p. 327, lines 1-25

80.     p. 328, lines 1-25

81.     p. 329, lines 1-25

82.     p. 330, lines 1-25

83.    p. 331, lines 1-16

84.    p. 331, lines 20-25

85.    p. 332, lines 1-7

86.    p. 332, lines 9-18

87.    p. 332, lines 24-25

88.    p. 333, lines 1-25

89.    p. 334, lines 10-25

90.    p. 335, lines 1-25

91.    p. 336, lines 1-25

92.    p. 337, lines 1-7

93.    p. 339, lines 21-25

94.    p. 340, lines 1-16

95.    p. 341, lines 4-12

96.    p. 345, lines 1-18

97.    p. 346, lines 5-6

98.    p. 347, lines 5-18

99.    p. 347, lines 23-25

100.    p. 348, lines 1-21

101.    p. 349, lines 19-25

102.    p. 350, lines 1-2

103.    p. 350, lines 16-25

104.    p. 351, lines 1-2

105.    p. 351, lines 4-13

106.    p. 351, lines 16-20

107.    p. 352, lines 7-11

108.    p. 352, lines 21-24

109.    p. 353, lines 22-25

110.    p. 354, lines 1-15

111.    p. 355, lines 5-11

112.    p. 363, lines 6-25

113.    p. 364, lines 1-15

114.    p. 364, lines 22-25

115.    p. 365, lines 1-25

116.    p. 366, line 1

117.    p. 366, lines 7-14

118.    p. 367, lines 13-25

119.    p. 368, lines 1-6

120.    p. 368, lines 18-25

121.    p. 369, lines 1-12

122.    p. 369, lines 21-25

123.    p. 370, lines 1-2

124.    p. 370, line 4

125.    p. 370, lines 6-22

126.    p. 370, lines 24-25

127.    p. 371, lines 1-6

128.    p. 371, lines 9-13

129.   p. 371, lines 22-25

130.   p. 372, lines 1-25

131.   p. 373, lines 1-25

132.   p. 374, lines 1-25

133.   p. 375, lines 1-2

134.   p. 375, lines 5-15

135.   p. 376, lines 13-16

136.   p. 378, lines 5-23

137.   p. 379, lines 1-22

138.   p. 380, lines 2-14

139.   p. 380, lines 22-23

140.   p. 381, lines 16-25

141.   p. 382, lines 1-19

142.   p. 385, lines 7-25

143.   p. 386, lines 1-3

144.   p. 386, lines 6-25

145.   p. 387, lines 1-25

146.   p. 388, lines 1-25

147.   p. 389, lines 1-23

148.   p. 390, lines 2-25

149.   p. 391, lines 8-25

150.   p. 392, line 1

151.   p. 392, lines 7-25

152.    p. 393, lines 1-25

153.    p. 394, lines 1-25

154.    p. 395, lines 1-10

155.    p. 395, lines 18-20

156.    p. 396, lines 11-25

157.    p. 397, lines 1-13

158.    p. 397, line 25

159.    p. 398, lines 1-13

160.    p. 399, lines 17-20

161.    p. 400, lines 19-25

162.    p. 401, lines 1-10

163.    p. 401, lines 19-25

164.    p. 402, lines 1-4

165.    p. 402, lines 20-25

166.    p. 403, lines 1-18

167.    p. 404, lines 3-25

168.    p. 405, lines 1-9

169.    p. 406, lines 12-25

170.    p. 407, lines 1-4

171.    p. 407, lines 9-25

172.    p. 408, lines 1-25

173.    p. 409, lines 3-25

174.    p. 410, lines 1-25

175.    p. 411, lines 1-25

176.    p. 412, lines 1-12

177.    p. 412, lines 14-23

178.    p. 412, line 25

179.    p. 413, lines 1-25

180.    p. 414, lines 1-9

181.    p. 415, lines 1-5

182.    p. 415, lines 14-25

183.    p. 416, lines 1-2

184.    p. 418, lines 20-25

185.    p. 419, lines 1-25

186.    p. 420, lines 4-25

187.    p. 421, lines 1-17

188.    p. 421, lines 20-25

189.    p. 422, lines 1-25

190.    p. 423, lines 1-25

191.    p. 424, lines 1-25


This 17th day of June, 2024.

|  | **CLARK & SMITH LAW FIRM, LLC** |
|  | **BY:** |

| 150 College Street | /s/ John Christopher Clark |
| Macon, Georgia 31201 | John Christopher Clark |
| Telephone: (478) 254-5040 | Georgia Bar No. 127353 |
| Facsimile: (478) 254-5041 | Richard L. Sizemore |
| chris@clarksmithsizemore.com | Georgia Bar No. 649449 |
| rick@clarksmithsizemore.com | ***Co-Counsel for Plaintiff*** |

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.** **JUSTIN FAHN,** | |
| **Plaintiffs,** | **CIVIL ACTION NO.** |
| **vs.** | **5:20-CV-00128-MTT** |
| **AEGIS DEFENSE SERVICES, LLC,** | |
| **Defendant.** | |

## <u>CERTIFICATE OF SERVICE</u>

This certifies that I have this day served a true and correct copy of the above and foregoing

**PLAINTIFF'S DESIGNATIONS OF VICTOR OATES' JANUARY 4, 2024, DEPOSITION**

upon all counsel of record by statutory electronic mail, as follows:

Mr. Bradley W. Pratt
Mr. Frank T. Bayuk
Bayuk Pratt, LLC
4401 Northside Parkway, Suite 390
Atlanta, Georgia  30327
*Attorneys for Relator*

Mr. Charles W. Byrd
Mr. J. Thomas Clarkson
Mr. John J. Van Why
Griffin Durham Tanner &
Clarkson, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia  31210
*Attorneys for Relator*

Mr. Bowen R. Shoemaker
Mr. Todd P. Swanson
Mr. W. Taylor McNeill
United States Attorney's Office
P. O. Box 1702
Macon, Georgia  31202
*Attorneys for United States*
*of America, ex rel.*

Mr. Jason C. Pedigo
Ellis Painter
P. O. Box 9946
Savannah, Georgia  31412
*Attorney for Relator*

Ms. Tara Lee
Mr. Benedict S. Bernstein
Mr. Scott Lerner
Ms. Helin Akcam
Ms. Melissa Taylormoore
Mr. Charles D'Oria
White & Case LLP
701 13th Street, NW
Washington, DC  20005
*Attorneys for Defendants*

Ms. Susan L. Grace
White & Case, LLP
1221 Avenue of the Americas
New York, New York  10020
*Attorneys for Defendants*

Mr. Charles E. Cox, Jr.
Charles E. Cox, Jr., LLC
484 1st Street, Suite 1
P. O. Box 67
Macon, Georgia  31202
*Attorney for Defendants*

This 17th day of June, 2024.

**CLARK & SMITH LAW FIRM, LLC**
**BY:**

150 College Street
Macon, Georgia 31201
Telephone: (478) 254-5040
Facsimile: (478) 254-5041
chris@clarksmithsizemore.com
rick@clarksmithsizemore.com

/s/ John Christopher Clark
John Christopher Clark
Georgia Bar No. 127353
Richard L. Sizemore
Georgia Bar No. 649449
***Co-Counsel for Plaintiff***