**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500

July 3, 2024

**VIA CM/ECF**

| | | |
|---|---|---|
| Bradley Pratt<br>Attorney at Law | Richard Sizemore<br>Attorney at Law | Zachary Williams<br>Attorney at Law |
| Frank Bayuk<br>Attorney at Law | Scott Lerner<br>Attorney at Law | Charles D. Oria<br>Attorney at Law |
| Jason Pedigo<br>Attorney at Law | Benedict Bernstein<br>Attorney at Law | Helen Akcam<br>Attorney at Law |
| Charles Byrd<br>Attorney at Law | Tara Lee<br>Attorney at Law | Thomas McElhinney<br>Attorney at Law |
| Chris Clark<br>Attorney at Law | Susan Grace<br>Attorney at Law | Zachary Williams<br>Attorney at Law |
| John T. Clarkson<br>Attorney at Law | Charles E. Cox, Jr.<br>Attorney at Law | Mellisa TaylorMoore<br>Attorney at Law |
| John James Van Why<br>Attorney at Law | Blair Trahan<br>Attorney at Law | Harold D. Melton<br>Attorney at Law |

    **Re:**    Fahn v. Gardaworld Federal Services, LLC, et al.
            Civil Action No. 5:20-cv-128 (MTT)

Dear Counsel:

    I have reviewed GardaWorld's proposed redactions of documents to be produced in advance of Mr. Daake's deposition. Given the circumstances and with the understanding that all privilege objections are reserved, the documents will be produced without redaction.

    With best regards.

                                 Sincerely,

                                 s/Marc T. Treadwell
                                 Marc T. Treadwell

MTT:kat