# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. JUSTIN FAHN,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**AEGIS DEFENSE SERVICES, LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br><br>**5:20-CV-000128-MTT** |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff and Defendant, in the above-styled action, and hereby notify the Court the parties have reached a settlement agreement to resolve all claims asserted in this civil action. The parties anticipate filing a Notice of Dismissal in this civil action in the near future and respectfully request this matter be removed from the Court's trial calendar.

This 22nd day of July, 2024.

                                                **CLARK, SMITH & SIZEMORE, LLC**
                                                **BY:**

| | |
|---|---|
| 150 College Street<br>Macon, Georgia 31201<br>Telephone: (478) 254-5040<br>Facsimile: (478) 254-5041<br>chris@clarksmithsizemore.com<br>rick@clarksmithsizemore.com | /s/ John Christopher Clark<br>John Christopher Clark<br>Georgia Bar No. 127353<br>Richard L. Sizemore<br>Georgia Bar No. 649449<br>*Co-Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. JUSTIN FAHN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AEGIS DEFENSE SERVICES, LLC,**<br><br>Defendant. | **CIVIL ACTION NO.**<br><br>**5:20-CV-00128-MTT** |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** upon all counsel of record by statutory electronic mail, as follows:

Mr. Bradley W. Pratt
Mr. Frank T. Bayuk
Bayuk Pratt, LLC
4401 Northside Parkway, Suite 390
Atlanta, Georgia  30327
*Attorneys for Relator*

Mr. Charles W. Byrd
Mr. J. Thomas Clarkson
Mr. John J. Van Why
Griffin Durham Tanner &
Clarkson, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia  31210
*Attorneys for Relator*

Mr. Bowen R. Shoemaker
Mr. Todd P. Swanson
Mr. W. Taylor McNeill
United States Attorney's Office
P. O. Box 1702
Macon, Georgia  31202
*Attorneys for United States
of America, ex rel.*

Mr. Harold D. Melton
Troutman Pepper Hamilton Sanders LLP

Mr. Jason C. Pedigo
Ellis Painter
P. O. Box 9946
Savannah, Georgia  31412
*Attorney for Relator*

Ms. Tara Lee
Mr. Benedict S. Bernstein
Mr. Scott Lerner
Ms. Helin Akcam
Ms. Melissa Taylormoore
Mr. Charles D'Oria
White & Case LLP
701 13th Street, NW
Washington, DC  20005
*Attorneys for Defendants*

Ms. Susan L. Grace
White & Case, LLP
1221 Avenue of the Americas
New York, New York  10020
*Attorneys for Defendants*

Mr. Charles E. Cox, Jr.
Charles E. Cox, Jr., LLC

- 2 -

- 3 -

| | |
|---|---|
| 600 Peachtree Street, NE, Suite 3000<br>Atlanta, Georgia  30308<br>*Attorney for Defendant* | 484 1st Street, Suite 1<br>P. O. Box 67<br>Macon, Georgia  31202<br>*Attorney for Defendants* |

This 22nd day of July, 2024.

                                                   **CLARK, SMITH & SIZEMORE, LLC**
                                                   **BY:**

| | |
|---|---|
| 150 College Street<br>Macon, Georgia 31201<br>Telephone: (478) 254-5040<br>Facsimile: (478) 254-5041<br>chris@clarksmithsizemore.com<br>rick@clarksmithsizemore.com | <u>/s/ John Christopher Clark</u><br>John Christopher Clark<br>Georgia Bar No. 127353<br>Richard L. Sizemore<br>Georgia Bar No. 649449<br>***Co-Counsel for Plaintiff*** |