# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JUSTIN FAHN, <br><br> Plaintiff, <br><br> v. <br><br> GARDAWORLD FEDERAL SERVICES, LLC, and AEGIS DEFENSE SERVICES, LLC <br><br> Defendants. | Civil Action No. 5:20-CV-00128-MTT |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff-Relator Justin Fahn hereby dismisses with prejudice his civil action against Defendant GardaWorld Federal Services, LLC and Aegis Defense Services, LLC.  Each party shall bear its own costs, except as set forth in the Settlement Agreement executed among the parties on July 21, 2024.

| | |
|---|---|
| Dated: August 9, 2024 | Respectfully submitted, |
| | **WHITE & CASE LLP** |
| /s/ *John Christopher Clark* | /s/ *Tara M. Lee* |
| John Christopher Clark (GA Bar No. 127353) | Tara M. Lee (admitted *pro hac vice*) |
| Richard L. Sizemore (GA Bar No. 649449) | Scott Lerner (admitted *pro hac vice*) |
| 150 College Street | Melissa Taylormoore (admitted *pro hac vice*) |
| Macon, Georgia 31201 | Zach Williams (admitted *pro hac vice*) |
| Telephone: (478) 254-5040 | Benedict S. Bernstein (admitted *pro hac vice*) |
| Facsimile: (478) 254-5041 | Blair E. Trahan (admitted *pro hac vice*) |
| chris@clarksmithsizemore.com | Helin Akcam (admitted *pro hac vice*) |
| rick@clarksmithsizemore.com | 701 Thirteenth Street, NW |
| | Washington, D.C. 20005 |
| Mr. Bradley W. Pratt (GA Bar No. 586672) | Telephone:    + 1 202 626 3600 |
| Mr. Frank T. Bayuk (GA Bar No. 142596) | Facsimile:    + 1 202 639 9355 |
| BAYUK PRATT, LLC | tara.lee@whitecase.com |
| 4401 Northside Parkway, Suite 390 | scott.lerner@whitecase.com |
| Atlanta, Georgia 30327 | melissa.taylormoore@whitecase.com |
| bradley@bayukpratt.com | zach.williams@whitecase.com |
| frank@bayukpratt.com | benedict.bernstein@whitecase.com |
| | blair.trahan@whitecase.com |
| Mr. Jason C. Pedigo (GA Bar No. 140989) | helin.akcam@whitecase.com |
| ELLIS PAINTER | |
| P. O. Box 9946 | Susan L. Grace (GA Bar No. 664769) |
| Savannah, Georgia 31412 | Charlie D'Oria (admitted *pro hac vice*) |
| pedigo@ellispainter.com | White & Case, LLP |
| | 1221 Avenue of the Americas |
| Mr. Charles W. Byrd | New York, New York 10020 |
| Mr. J. Thomas Clarkson | susan.grace@whitecase.com |
| Mr. John J. Van Why | charlie.doria@whitecase.com |
| GRIFFIN DURHAM TANNER & | |
| CLARKSON, LLC | Charles E. Cox, Jr. |
| 5400 Riverside Drive, Suite 205 | CHARLES E. COX JR., L.L.C. |
| Macon, Georgia 31210 | 484 1st Street, Suite 1 |
| cbyrd@griffindurham.com | P.O. Box 67 |
| tclarkson@griffindurham.com | Macon, GA 31202 |
| jvanwhy@griffindurham.com | Telephone: + 1 478 757 2990 |
| | charles@cecoxjr.com |
| *Counsel for Relator* | |
| | Mr. Harold D. Melton |
| | Troutman Pepper Hamilton Sanders LLP |
| | 600 Peachtree Street, NE, Suite 3000 |
| | Atlanta, Georgia 30308 |
| | |
| | *Counsel for Defendant* |