UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* JUSTIN FAHN,<br><br>  Plaintiffs,<br>v.<br><br>GARDAWORLD FEDERAL SERVICES, LLC, and AEGIS DEFENSE SERVICES, LLC,<br><br>  Defendants. | Case No. 5:20-cv-128-MTT |

**UNITED STATES OF AMERICA'S CONSENT TO DISMISSAL**

On August, 12, 2024, Relator and Defendant filed a Joint Stipulation of Dismissal. (ECF No. 262) Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America hereby notifies the Court that the Attorney General of the Untied States consents to the dismissal of this action without prejudice to the rights of the United States of America.

Respectfully submitted this 13th day of August, 2024.

                              PETER D. LEARY
                              UNITED STATES ATTORNEY

BY:   *s/ Todd P. Swanson*
        Todd P. Swanson
        Assistant United States Attorney
        Georgia Bar No. 496989
        W. Taylor McNeill
        Georgia Bar No. 239540
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Email: todd.swanson@usdoj.gov

        *ATTORNEYS FOR THE*
        *UNITED STATES OF AMERICA*